IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BYRON DARIUS GREENE**                                                   **PLAINTIFF**

**V.**                            **NO. 3:15CV3-MPM-DAS**

**UNION COUNTY, MISSISSIPPI, ET AL.**                        **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 27, 2015, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that the plaintiff has failed to acknowledge receipt of the Report and Recommendation; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 27, 2015, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That all of the plaintiff's claims against the Union County Jail be **DISMISSED**.

3. That the plaintiff's claims that he was subjected to freezing jail temperatures and provided with insufficient clothing in violation of his right to be free from cruel and unusual punishment shall **PROCEED** against the remaining defendants.

4. That all other claims raised by the plaintiff be **DISMISSED**.

**SO ORDERED**, this the 7th day of May, 2015.

                                               /s/ Michael P. Mills
                                               **MICHAEL P. MILLS**
                                               **U.S. DISTRICT JUDGE**