# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**BYRON DARIUS GREENE**                                                                          **PLAINTIFF**

V.                                                          **CIVIL ACTION NO. 3:15CV3-MPM-DAS**

**UNION COUNTY, MISSISSIPPI, ET AL.**                                       **DEFENDANTS**

### ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

This matter comes before the Court upon joint motion of the parties requesting that this action be dismissed by reason of settlement. Therefore, it is **ORDERED** that the motion is **GRANTED** and any and all claims by or on behalf of Byron Darius Greene in this action against Defendants are hereby dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

**THIS** the 20th day of August, 2015.

                                                      **/s/ Michael P. Mills**
                                                      **MICHAEL P. MILLS**
                                                      **U.S. DISTRICT JUDGE**