IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BYRON DARIUS GREENE                                                    PLAINTIFF

V.                                                                    NO. 3:15CV3-MPM-DAS

UNION COUNTY, MISSISSIPPI, ET AL.                             DEFENDANTS

## ACKNOWLEDGMENT OF RECEIPT

**TO THE CLERK OF THE COURT:**

I am the plaintiff in the above entitled action and I hereby acknowledge that I am in receipt of: **ORDER DISMISSING ACTION BY REASON OF SETTLEMENT** dated August 20, 2015.

THIS the 30th day of August, 2015.

_Byron Darius Greene_
PLAINTIFF

**Please return this Acknowledgment Form to:**

Clerk, U.S. District Court
Pro Se Law Clerk
301 W. Commerce St. #13
Aberdeen, MS 39730

Byron Darius Queen
51 Huson Rd
Macon, MS 39341

JACKSON MS 390
08 SEP 2015 PM 3 L

Clerk, U.S. District Court
Pro Se Law Clerk
301 W. Commerce St. #13
Aberdeen, MS 39730

RECEIVED
SEP 09 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI